# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARY BISHOP,

    Plaintiff,

-vs-                                    Case No. 6:09-cv-297-Orl-28GJK

THE RAWLS COMPANY, LOYD RAWLS,

    Defendants.

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 19) filed July 23, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed September 17, 2009 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. No. 19) is **GRANTED** to the extent that the Court finds the parties' settlement to be a fair and reasonable resolution of the Fair Labor Standards Act issues.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this file.

DONE and ORDERED in Chambers, Orlando, Florida this 6th day of October, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party